| AO-10 (WP) Rev. 1/2004 | FINANCIAL  DISCLOSURE  REPORT Nomination Report | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) Martínez, William J. | 2. Court or Organization U.S. District Court for the District of Colorado | 3. Date of Report 2/24/2010 |
|---|---|---|
| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Nominee | 5. Report Type (check appropriate type) ✓ Nomination,  Date: 2/24/2010 __ Initial  __ Annual  __ Final | 6. Reporting Period 1/1/2009 to 2/15/2010 |
| 7. Chambers or Office Address 1640 East 18th Avenue Denver, CO 80218 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Director | Colorado Hispanic Bar Association |
| 2 Director | Colorado Legal Services, Inc. |
| 3 | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1  2008 | Attorney fees from law practice | $ 123,364 |
| 2009 | Attorney fees from law practice | $ 302,513 |
| 3  2010 | YTD attorney fees from law practice | $ 1,130,060 |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1  2009 | Salary from employment with Denver Health | |
| 2  2010 | Salary from employment with Denver Health | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Martínez, William J. | 2/24/2010 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE  (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE  (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE  (No reportable liabilities.) | | |
| 1 | Guild Mortgage Company | Mortgage on rental property in Greenwood Village, CO (Part VII, Line 1) | M |
| 2 | Chase Bank | Mortgage on 30% interest in commercial property in Denver, CO (Part VII, Line 2) | M |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Rental property; Greenwood Village, CO (2008) ($740,000) | E | Rent | O | R | Exempt | | | | |
| 2 Commercial property/30% interest | D | Rent | M | W | | | | | |
| 3 Denver, CO (2001) ($650,000) | | | | | | | | | |
| 4 Brokerage Account | | | | | | | | | |
| 5 — Microsoft common stock | A | Dividend | L | T | | | | | |
| 6 — Intel common stock | A | None | M | T | | | | | |
| 7 IRA Account # 1 | | | | | | | | | |
| 8 — Powershares QQQ Exchange | A | Dividend | L | T | | | | | |
| 9 Traded Fund Shares | | | | | | | | | |
| 10 — Vanguard Growth Index | A | Dividend | J | T | | | | | |
| 11 Fund (VGIF) | | | | | | | | | |
| 12 IRA Account # 2 | | | | | | | | | |
| 13 — VGIF Shares | A | Dividend | K | T | | | | | |
| 14 IRA Account # 3 | | | | | | | | | |
| 15 — VGIF Shares | A | Dividend | K | T | | | | | |
| 16 — Vanguard Income Index | A | Dividend | K | T | | | | | |
| 17 Fund (VIIF) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Martínez, William J. | 2/24/2010 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 UGMA Account # 1 | | | | | Exempt | | | | |
| 19   – VGIF Shares | A | Dividend | K | T | | | | | |
| 20   – VIIF Shares | A | Dividend | K | T | | | | | |
| 21 UGMA Account # 2 | | | | | | | | | |
| 22   – VGIF Shares | A | Dividend | K | T | | | | | |
| 23   – VIIF Shares | A | Dividend | K | T | | | | | |
| 24 25% partnership share in McNamara, Roseman, | | None | J | W | | | | | |
| 25 Martínez & Kazmierksi LLP | | | | | | | | | |
| 26 Hartford Deferred Compensation | | | | | | | | | |
| 27 Retirement Plan | | | | | | | | | |
| 28   – SSgA EAFE Index Fund | A | Dividend | M | T | | | | | |
| 29   – SSgA DJ Target 2045 Fund | A | Dividend | M | T | | | | | |
| 30 Wells Fargo Checking Acct # 1 | A | Interest | J | T | | | | | |
| 31 Wells Fargo Checking Acct # 2 | A | Interest | J | T | | | | | |
| 32 Wells Fargo Checking Acct # 3 | A | Interest | J | T | | | | | |
| 33 Wells Fargo Checking Acct # 4 | A | Interest | J | T | | | | | |
| 34 Wells Fargo Savings Acct # 1 | A | Interest | L | T | Exempt | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 | Wells Fargo Savings Acct # 2 | A | Interest | L | T | | | | | |
| 36 | Wells Fargo Colorado Tax-Free Bond Fund | | None | K | T | | | | | |
| 37 | Wells Fargo Market-Linked Certificates of Deposit | | None | M | T | | | | | |
| 38 | Investment Account | | | | | | | | | |
| 39 | – Vanguard Mid-Cap Index Fund | | None | L | T | | | | | |
| 40 | – Vanguard Small-Cap Index Fund | | None | L | T | | | | | |
| 41 | – Vanguard Long-Term Tax-Exempt Bond Fund | | None | N | T | | | | | |
| 42 | – Vanguard Limited-Term Tax-Exempt Bond Fund | | None | M | T | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

I. POSITIONS

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 4. | Partner | McNamara, Roseman, Martinez & Kazmierski LLP |
| 5. | Custodian | Uniform Gift to Minors Act Account at Vanguard Funds |
| 6. | Custodian | Uniform Gift to Minors Act Account at Vanguard Funds |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date 24 Feb 2010

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

William Martinez

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 127 | 900 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 578 | 300 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 2 | 300 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 481 | 800 |
| Real estate owned-add schedule | 1 | 890 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 85 | 000 | Margin debt – brokerage account | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Retirement Accounts | | 352 | 300 | | | | |
| Certificates of Deposit | | 175 | 000 | | | | |
| | | | | Total liabilities | | 484 | 100 |
| | | | | Net Worth | 2 | 724 | 400 |
| Total Assets | 3 | 208 | 500 | Total liabilities and net worth | 3 | 208 | 500 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor [Co-signers on mortgage securing parents' residence in Illinois] | | 225 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |